| | |
|---|---|
| 1 | **DAVID M. MICHAEL, CSBN 74031** |
| | **LAW OFFICE OF MICHAEL & BURCH, LLP** |
| 2 | **One Sansome Street, Suite 3500** |
| | **San Francisco, CA 94104** |
| 3 | **Telephone:** **(415) 946-8996** |
| 4 | **Facsimile:** **(415) 946-8837** |
| | **E-mail:** **david@michaelburchlaw.com** |

**ATTORNEY FOR PLAINTIFFS AND THIRD-PARTY PETITIONERS HING GIN LAU, SANDY LAU, SHU PING WU, JENNIFER LAU and CHAN NI LIU**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

HING GIN LAU, SANDY LAU, SHU PING WU,
JENNIFER LAU and CHAN NI LIU,

    Plaintiffs and Third-Party Petitioners,

v.

UNITED STATES OF AMERICA,

    Defendants.

-----------------------------------------------------------

**Case No. 20-mc-01549 (RJD)**

**THIRD-PARTY PETITIONERS' AMENDMENT TO VERIFIED PETITION FOR AN ANCILLARY HEARING PURSUANT TO 21 U.S.C. § 853(n)**

**EXHIBIT F**

**TO THE ABOVE-ENTITLED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Third-Party Petitioners hereby amend their VERIFIED PETITION FOR AN ANCILLARY HEARING PURSUANT TO 21 U.S.C. § 853(n) (Doc. 11 and Doc. 11-1, filed 04-02-21) to include the additional personal property, attached hereto as **Exhibit F**.

Dated: 3 November 2021

                                    Respectfully submitted,

                                    *s/ David M.Michael*
                                    DAVID M. MICHAEL, CSBN 74031
                                    LAW OFFICE OF MICHAEL & BURCH, LLP

                                    Attorney for Third-Party Petitioners

THIRD-PARTY PETITIONER'S AMENDMENT TO VERIFIED PETITION FOR AN ANCILLARY
HEARING PURSUANT TO 21 U.S.C. § 853(n)
Case No. 20-mc-01549 (RJD)

# EXHIBIT F

THIRD-PARTY PETITIONER'S AMENDMENT TO VERIFIED PETITION FOR AN ANCILLARY
HEARING PURSUANT TO 21 U.S.C. § 853(n)
Case No. 20-mc-01549 (RJD)

2

One Black 2015 Porsche Macan, CA License Plate #L697G0, VIN# WP1AF2A53FLB93176

$2,409.00 in U.S. Currency;

$14,795.00 in U.S. Currency;

One gray necklace with clear stone;

One yellow metal necklace;

One gray metal "H" shaped belt buckle;

One gray "Rolex" watch with clear stones and black band;

One black "Hermes" bag;

One burgundy "Louis Vuitton" bag;

One black "Balenciaga" bag;

One black "Louis Vuitton" purse;

One brown "MCM" backpack;

One tan "Christian Dior" bag; and

One green "Goyard" bag

THIRD-PARTY PETITIONER'S AMENDMENT TO VERIFIED PETITION FOR AN ANCILLARY HEARING PURSUANT TO 21 U.S.C. § 853(n)
Case No. 20-mc-01549 (RJD)

3

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on 3 November 2021, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following

**James P. McDonald**
U.S. Attorney's Office/EDNY
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6376
Fax: 718-254-6481
Email: james.mcdonald@usdoj.gov
Attorney for Plaintiff
United States of America

**Philip Nathan Pilmar**
U.S. Attorney's Office/EDNY
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6106
Email: philip.pilmar@usdoj.gov
Attorney for Plaintiff
United States of America

**Frederick Lawrence Sosinsky**
Law Offices of Frederick L. Sosinsky
45 Broadway
Suite 3010
New York, NY 10006
212-285-2270
Email: freds@newyork-criminaldefense.com

Attorneys for Defendant
Kenneth Tam

**John L. Russo**
31-19 Newtown Avenue
Suite 500
Astoria, NY 11102
718-777-1277
Email: johnlawny@msn.com
Attorney for Defendant
Kenneth Tam

**Margaret M. Shalley**
Fasulo, Shalley & DiMaggio, LLP
225 Broadway
Suite 715
New York, NY 10007
212-571-2670
Fax: 212-566-8165
Email: margaretshalley@aol.com
Attorney for Defendant
Jack Thai

**Brian Morris**
U.S. Attorney's Office/EDNY
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6106
Email: Brian.Morris2@usdoj.gov
Attorney for Plaintiff
United States of America

Dated:  3 November 2021

                      s/*David M. Michael*
                      DAVID M. MICHAEL
                      Attorney for Third Party Petitioners

THIRD-PARTY PETITIONER'S AMENDMENT TO VERIFIED PETITION FOR AN ANCILLARY HEARING PURSUANT TO 21 U.S.C. § 853(n)
Case No. 20-mc-01549 (RJD)

4